For Departmental Use <u>Only</u>

**HIALEAH POLICE DEPARTMENT**
Hialeah, Florida

**ADMINISTRATIVE ORDER NO. 99-1**

Subject: <u>USE OF FORCE</u>

I. **Background**

In the performance of their duties, Officers are often confronted with situations in which physical control must be exercised to effect an arrest or protect public safety. There are occasions in the course of any Police action that may demand that an Officer utilize force to execute legal authority.

II. **Policy**

The decision to resort to force and the degree of force to be used must be based solely on the facts or what reasonably appears to be the facts known to the Officer at the time the action is taken.

Officers may use deadly force when it is necessary to protect themselves or others from an immediate threat of great bodily harm or from imminent peril of death.

The use of Deadly Force shall comply with Section 2.225 of the Departmental Manual.

The use of non-deadly force shall be reasonable, and shall comply with Section 2.225.01 of the Departmental Manual and State and Federal laws.

III. **Action**

<u>Use of Non-Deadly Force</u>

Police Officers are authorized to use Department approved non-deadly force techniques and equipment for resolution of incidents in the manner prescribed during training.

RECEIVED AUG 0 3 2010

EXHIBIT F

A Police Officer is not permitted to use a non-deadly weapon or method, unless properly trained in the proficient use of such force.

Officers may use non-deadly force:

- To protect themselves or another from physical harm; or
- To restrain or subdue any person resisting arrest; or,
- To bring an unlawful situation safely and effectively under control.

### IV. Control of Person Report

Circumstances surrounding the events, which led to the use of force or the injury or illness of a subject, shall be reported immediately to the custodial Officer's Supervisor and documented on the appropriate departmental form. When possible, names and addresses of witnesses should be documented.

### Criterion for Reporting

The Control of Person Report shall be completed whenever the following circumstance(s) exist, whether or not an arrest is effectuated.

1. When an Officer strikes a subject.

2. When an Officer redirects a subject to the ground.

3. Whenever force is applied that results in injury to a subject.

4. Whenever there is a complaint of injury by a subject.

5. When the use of additional restraints becomes necessary (e.g., flex cuffs) to prevent a subject in custody from damaging a Police vehicle or injuring himself.

6. When an Officer discharges his/her weapon in the performance of duty.

7. When a Police canine bites a subject.

8. Whenever a chemical agent is discharged to control a subject.

### Photographs

Color photographs of every offender must be taken documenting the area of injury. Photographs of Officers are also required when an Officer is injured.

### Responsibility of Reporting Officer

The reporting Officer shall document in the Control of Person Report any visible injury and whether first aid or other medical treatment was rendered. The reporting Officer shall also include an accurate description of force used and the justification. Specific injuries should be described in detail, including what caused them. Descriptive words such as punched, kicked, thrown to the ground, etc. should be used, as applicable.

A subject under arrest, who is to be booked into the Dade County Jail, shall be transported first to Ward "D", if any injury is evident.

### Supervisory Responsibility

A Supervisor shall respond to the scene to conduct a preliminary investigation in every case requiring a Control of Person Report; in order to ensure that proper procedures have been followed. The investigating Supervisor shall interview the subject and the available witnesses. Statements made by the subject and/or witnesses shall be included in the narrative section of the Control of Person Supervisor Report.

The investigating Supervisor shall forward a completed Control of Person Report to the Shift Commander for review.

The Shift Commander shall review the Control of Person Report to determine:

- Whether or not Departmental policy, rules, or procedures were violated.

- If policy changes or modifications to this Administrative Order are indicated.

- Whether or not Department training is currently adequate.

### Administrative Review

The Division Commander shall indicate on the completed Control of Person Report whether or not the Officer's action establishes a basis for further investigation by the Office of Internal Affairs. The Control of Person Report shall be routed to the Office of the Chief of Police, once the Division Commander has completed their review.

### Early Warning System

A copy of all Control of Person Reports shall be forwarded to the Internal Affairs Section.

The Internal Affairs Section Commander shall establish and maintain an Early Warning System (EWS). The EWS shall include a central archive repository for all Control of Person Reports. The EWS files shall be reviewed monthly, and all findings and recommendations shall be forwarded to the Chief of Police for disposition.

## VI. Revocation

Previously issued departmental policies, rules, procedures, and directives, or positions thereto, which are in conflict with statements herein, are hereby revoked. This Administrative Order supersedes previous reporting procedures regarding Police K-9 and ADS usage when controlling suspects, and specifically abolishes the **Use of Aerosol Deterrent Spray Report** and the **Canine Bite Report**.

## VII. PENALTIES FOR FAILURE TO COMPLY

Violations of this Administrative Order shall subject the concerned employee to the full range of disciplinary action, up to and including termination.

## VIII. Effective Date: February 1, 1999

Rolando D. Bolaños
Chief of Police

RDB:scjr

# Hialeah Police Department
## Control of Person Report

DATE _____ DAY _____ TIME _____

Type of Incident: _____ Case Number: _____

Location of Incident: _____

Check Type of Control Used:

☐ Firearm  ☐ Baton  ☐ ASP  ☐ LVNR  ☐ Other _____
☐ Dog Bite  ☐ Aerosol Deterrent Spray

---

INJURY TO SUBJECT  ☐ YES  ☐ NO

Check Type of Medical Treatment Rendered:

☐ N/A  ☐ Fire Rescue  ☐ Ward D  ☐ Hospital _____

---

Subject Arrested:  ☐ YES  ☐ NO

Charges: _____
_____

Subject's Name: _____ Race: ___ Sex: ___ DOB: _____
Home Address: _____
Home Phone: _____ Business Phone: _____
Witnesses Name: _____ Address _____

| Home Phone: | | Work Phone: | |
|---|---|---|---|

Witnesses Name: _____ Address _____

| Home Phone: | | Work Phone: | |
|---|---|---|---|

Witnesses Name: _____ Address _____

| Home Phone: | | Work Phone: | |
|---|---|---|---|

Name of Supervisor Notified: _____ Time: _____

Page 1 of 3

Control of Person Report

Narrative

Witness Officers

Name | ID

Reporting Officer

Name | ID

Page 2 of 3

L09-314RFP000337

# Control of Person Supervisor Report

## Narrative

_____
_____
_____
_____
_____
_____
_____
_____

### Investigating Supervisor

Name _____ | ID _____

### OTHER SUPERVISORS ON SCENE

Name _____ | ID _____
_____
_____

### Shift Commander Review

Name _____ DATE _____

Comments
_____

### Division Commander

Name _____ DATE _____

☐ Control of Person Report forms a basis for further investigation.
☐ No basis for further investigation.

Page 3 of 3

L09-314RFP000338